ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/13/2015 5:28:01 PM
KEITH HOTTLE
CLERK

# No. 04-14-00899-CV

_____

## IN THE COURT OF APPEALS
## FOR THE FOURTH DISTRICT OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/13/2015 5:28:01 PM
KEITH E. HOTTLE
Clerk

_____

LAURA LETICIA ZEPEDA VASQUEZ, INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF JOSE ABRAHAM VASQUEZ, JR.,

*Appellant*

V.

LEGEND NATURAL GAS III L.P., ET AL.,

*Appellees*

_____

On Appeal from the 81st Judicial District Court
La Salle County, Texas
Trial Court Cause No. 14-07-0019-CVL

_____

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF FOR APPELLEE, XTO ENERGY, INC.

_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

### INTRODUCTION

Appellee, XTO Energy, Inc., files this unopposed motion for extension of time to file its brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.7(d), and would show this Court as follows. Appellee's counsel has conferred with counsel for Appellant regarding the relief requested in this motion, and Appellant's counsel is **<u>unopposed</u>** to the motion. This is Appellee's first motion for an extension of time for the filing of its brief. TEX. R. APP. P. 10.5(b)(1)(D).

## GROUNDS FOR EXTENSION

The Court may, under Rule of Appellate Procedure 38.6(d), extend the time for a party to file its brief. The filing deadline for Appellee's brief was April 30, 2015, according to this Court's website.

Counsel for Appellee sincerely apologizes to this Court for his oversight and inadvertence that was partly to blame for his not filing a brief for Appellee by this deadline. Counsel for Appellee received notices from this Court, but through inadvertence, simply forgot to calendar the briefing deadline in this matter. In addition, counsel for Appellee has been diligently working on several other matters with concurrent deadlines, and lacked sufficient time to prepare a brief for filing by this deadline, as explained further below.

Appellee respectfully requests that this Court grant it an extension of time of 21 days from the original filing deadline to file its brief in this matter. This would make Appellee's brief due to be filed by May 21, 2015, which is next week. Appellee has received the briefs filed by other similar situated parties in this matter, and would also note that this Court recently granted an extension to Appellees, Virtex Operating Co. Inc. and Virtex Holdings, L.L.P., to file their brief by May 15, 2015.

In addition, Jose E. Garcia, lead counsel for Appellee, has spent a substantial part of the briefing period on several other complex matters, including the following:

- preparing for trial and mediation in *In Re Jorge Santiago, Jr., et. al. v. The Carpenter Co., et al.*, in the 139th Judicial District Court, Hidalgo County, Texas;
- preparing for trial and for five depositions in *In Re Regina Rae Trevino, et. al.. v. Strike Construction, et. al.*, in the 398th Judicial District Court of Hidalgo County, Texas; and
- preparing for and attending mediation in *In Re Lorena Vasquez, et. al. v. Costco Wholesale Corp., et. al.*, in the 332nd Judicial District Court of Hidalgo County, Texas.

As a result of the press of these other pending matters, in all likelihood, counsel for Appellees would have needed to request an extension of the April 30, 2015 filing deadline in any event. For all of these reasons, good cause exists for the requested extension.

The facts in this motion are within the personal knowledge of the attorney signing this motion. TEX. R. APP. P. 10.2.

**PRAYER FOR RELIEF**

For the reasons stated above, Appellee XTO Energy, Inc. respectfully requests that this Court grant it an extension of time to May 21, 2015, to file its brief in this matter. Counsel for Appellee again apologizes to this Court for his inadvertence in not filing a brief or requesting an extension to do so sooner.

3

Respectfully submitted,

*/s/ Jose E. Garcia*
Jose E. Garcia
State Bar No. 07636780
Francisco Rene Villarreal
State Bar No. 00789706
**GARCIA & VILLARREAL, PLLC**
4311 North McColl Road
McAllen, Texas 78502
956-630-0081
956-630-3631 Facsimile
panchov@gvlaw.net

**COUNSEL FOR APPELLEE,
XTO ENERGY, INC.**

## <u>CERTIFICATE OF CONFERENCE</u>

On May 13, 2015, Appellee's counsel conferred with counsel for Appellant who indicated he is **<u>unopposed</u>** to the relief sought herein.

*/s/ Jose E. Garcia*
Jose E. Garcia

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served via the e-filing system (if the individual was registered for service) and as shown below on May 13, 2015.

Jeffrey L. Dorrell
**HANSZEN LAPORTE, L.L.P.**
11767 Katy Fwy., Ste. 850
Houston, TX 77079
Email: jdorrell@hanszenlaporte.com

Isaac J. Huron
**DAVIS CEDILLO &**
**MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, Texas 78212
Email: ihuron@lawdcm.com

David L. Ortega
Richard McNitzky
**NAMAN HOWELL**
**SMITH & LEE, PLLC**
Union Square II
10001 Reunion Place, Suite #600
San Antonio, Texas 78216
Email: dortega@namanhowell.com
        rmcnitzky@namanhowell.com

William A. Abernethy
**DONNELL ABERNETHY**
**& KIESCHNICK, P.C.**
555 N. Carancahua, Ste. 1700
Corpus Christi, Texas 78401-0583
Email: babernathy@dakpc.com

E. Michael Rodriguez
**ATLAS HALL &**
**RODRIGUEZ, L.L.P.**
PO Box 6369
50 W. Morrison Rd., Ste. A
Brownsville, Texas 78523-6369
Email: mrodriguez@atlashall.com

Brian Miller
**VICKERY & WILLIAMS, L.L.P.**
Frost Bank Plaza, Suite 1300
802 N. Carancahua St.
Corpus Christi, Texas 78401
Email: brian.miller@roystonlaw.com


*/s/ Jose E. Garcia*
Jose E. Garcia